```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

WOODBRIDGE STRUCTURED        *
FUNDING, LLC
                             *
         Plaintiff
                             *
    vs.                          CIVIL ACTION NO. MJG-11-3421
                             *
SOVEREIGN FUNDING et al.
                             *
         Defendants
*    *    *    *    *    *    *    *    *

## SCHEDULING ORDER

In accordance with the discussion with counsel held on June 19, 2012:

1. Any Rule 26(f) conference, if not held already or scheduled by agreement of the parties, shall be held within thirty days of the date of this Order.

2. All fact discovery shall be completed by December 31, 2012.

3. Expert discovery shall proceed as follows:

   a) By January 31, 2013, each party shall:

      (1) Advise each adverse party of the identity of all proposed expert witnesses as to matters on which the proposing party bears the burden of proof.

      (2) Provide Rule 26(a)(2) information.

      (3) Advise each adverse party of dates within 30 days on which each expert shall be available for deposition so that depositions can be taken.

      b)    By March 15, 2013, each party shall:

          (1)    Advise each adverse party of the identity of any proposed expert witnesses not identified in the previous submission.

          (2)    Provide Rule 26(a)(2) information.

          (3)    Advise each adverse party of dates within 30 days on which each expert shall be available for deposition so that depositions can be taken.

4.    By April 30, 2013, any summary judgment motions shall be filed.

SO ORDERED, on Thursday, June 21, 2012.

                                                        /s/
                                          Marvin J. Garbis
                                United States District Judge